# RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Middle District of Pennsylvania

Case Number: 4:23-CV-01194-MWB

Plaintiff:
**ZACHARY FRIDLINE**

vs.

Defendant:
**INTEGRITY VEHICLE GROUP, INC, ET AL**

For:
Anthony Paronich, Esq
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043

Received by Process2Serve on the 18th day of July, 2023 at 4:12 pm to be served on **Integrity Vehicle Group, Inc., C/O Vcorp Agent Services, 330 N Brand Blvd. Suite 700, Glendale, CA 91203**.

I, Dean DeVito, do hereby affirm that on the **20th day of July, 2023** at **12:49 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS AND COMPLAINT IN A CIVIL ACTION, Civil cover sheet, and exhibits (Integrity Vehicle Group doc 1-1;17 pages)** with the date and hour of service endorsed thereon by me, to: **Emanuel Jacobo** as **Intake Specialist** at the address of: **Vcorp Agent Services, 330 N Brand Blvd. Suite 700, Glendale, CA 91203**, who stated they are authorized to accept service for **Integrity Vehicle Group, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury that the foregoing is true and correct.

*(signature)*

Dean DeVito
Process Server #2023134466

**Process2Serve
201 N Brand Blvd
Suite 200
Glendale, CA 91203
(213) 861-3627**

Our Job Serial Number: DDV-2023000008
Service Fee: $25.00