# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Middle District of Pennsylvania

Case Number: 4:23-CV-01194-MWB

Plaintiff:
**ZACHARY FRIDLINE**

vs.

Defendant:
**INTEGRITY VEHICLE GROUP, INC, ET AL**

For:
Anthony Paronich, Esq
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043

Received by Process2Serve on the 18th day of July, 2023 at 4:12 pm to be served on **Natcap, Inc. D/B/A Vanguard Vehicle Armor, 3240 Professional Drive, Auburn, CA 95602**

I, Marisol Militello, do hereby affirm that on the **21st day of July, 2023** at **1:33 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT IN A CIVIL ACTION, Civil cover sheet, and exhibits (Integrity Vehicle Group doc 1-1;17 pages)** with the date and hour of service endorsed thereon by me, to: **Kristie Crowley** as **Chief Financial Officer** for **Natcap, Inc. D/B/A Vanguard Vehicle Armor**, at the address of: **3240 Professional Drive, Auburn, CA 95602**, and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury that the foregoing is true and correct.

**Marisol Militello**
Process Server #22-018

**Process2Serve**
**201 N Brand Blvd**
**Suite 200**
**Glendale, CA 91203**
**(213) 861-3627**

Our Job Serial Number: DDV-2023000009
Service Fee: $75.00