IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACH FRIDLINE, on behalf of himself and others similarly situated, | No. 4:23-CV-01194 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| INTEGRITY VEHICLE GROUP, INC. and NATCAP, INC. d/b/a VANGUARD VEHICLE ARMOR, | |
| Defendants. | |

## ORDER

### OCTOBER 31, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Integrity Vehicle Group, Inc.'s motion to dismiss (Doc. 19) is **DENIED**.

2. Defendant Integrity Vehicle Group, Inc.'s answer to the amended complaint is due no later than fourteen (14) days from the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge