# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ZACH FRIDLINE, on behalf of himself and
others similarly situated,

      Plaintiff,

v.

INTEGRITY VEHICLE GROUP, INC. AND
NATCAP, INC. D/B/A VANGUARD
VEHICLE ARMOR

      Defendants.

CIVIL ACTION FILE NO. 4:23-cv-1194

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P.

41(a)(1), all parties to bear their own costs and waiving all rights of appeal.

RESPECTFULLY SUBMITTED AND DATED this May 22, 2024.

/s/ Anthony Paronich
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

/s/ Andrew M. Schneiderman
O'Hagan Meyer, PLLC
111 Huntington Ave, Suite 719
Boston, MA, 02199
aschneiderman@ohaganmeyer.com

*/s/ Andrew Hanan*
ANDREW HANAN, ESQUIRE
PA ID No. 69682
hanan@hananlawfirm.com
The Hanan Law Firm LLC
1101 N. Kings Hwy., Ste 210
Cherry Hill, NJ 08034
856-229-7297

Attorney for Defendant
Integrity Vehicle Group, Inc.